DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHAN COLSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3736

[February 25, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case No. 062018CF000204A88810.

Nathan Colson, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025) (holding that, even if *Erlinger v. United States*, 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively); *see also Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *rev. granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

GERBER, CONNER and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***